## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Anthony Curley
DEBTOR : BKY. NO. 16-17779AMC13

## ORDER

AND NOW, this **12th** day of **September,** 2017, upon consideration of

Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *2nd Modified*

*Plan* 8/10/17 as document number 31 is approved.

By the Court:

_____
Hon. Judge Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA  19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O Box Box 1229
Philadelphia, PA