United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17779-amc
Anthony R. Curley                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1                Date Rcvd: Apr 08, 2019
                              Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13819325          E-mail/Text: ktramble@lendmarkfinancial.com Apr 09 2019 02:50:15      Lendmark Financial Ser,
    2118 Usher St Nw,    Covington, GA 30014
                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2019 at the address(es) listed below:
        MICHAEL A. CATALDO2    on behalf of Debtor Anthony R. Curley ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Anthony R. Curley ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                      TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17779-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony R. Curley
1237 S. 22nd Street
Philadelphia PA 19146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/06/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Lendmark Financial Ser, 2118 Usher St Nw, Covington, GA 30014 | Scolopax, LLC<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. SUITE 400<br>SEATTLE, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/10/19

Tim McGrath
**CLERK OF THE COURT**