```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                 Case No. 16-17779-amc
Anthony R. Curley                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                 Page 1 of 2                  Date Rcvd: Jun 11, 2019
                              Form ID: pdf900              Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db            +Anthony R. Curley,    1237 S. 22nd Street,    Philadelphia, PA 19146-4344
13871664       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
13997081       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13819321      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13819322      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13819323       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13826464     #+Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
               Boston MA 02114,   8 02114-2567
13819327       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
13835601      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13819329      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13836152      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
13819330      +Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 12 2019 02:38:08     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:37:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2019 02:38:03     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13819318       E-mail/Text: megan.harper@phila.gov Jun 12 2019 02:38:08     City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13819319       E-mail/Text: megan.harper@phila.gov Jun 12 2019 02:38:08     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13832640      +E-mail/Text: megan.harper@phila.gov Jun 12 2019 02:38:09
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13819315      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2019 02:42:25     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
13883075      +E-mail/Text: bankruptcy@cavps.com Jun 12 2019 02:38:03     Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13819316      +E-mail/Text: ecf@ccpclaw.com Jun 12 2019 02:37:44     Cibik & Cataldo, P.C.,
               1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13821323       E-mail/Text: mrdiscen@discover.com Jun 12 2019 02:37:45     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13819320      +E-mail/Text: mrdiscen@discover.com Jun 12 2019 02:37:45     Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
13819324       E-mail/Text: cio.bncmail@irs.gov Jun 12 2019 02:37:46     I.R.S.,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
13819325       E-mail/Text: ktramble@lendmarkfinancial.com Jun 12 2019 02:37:43     Lendmark Financial Ser,
               2118 Usher St Nw,    Covington, GA 30014
13867175      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 12 2019 02:37:57     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
13819326      +E-mail/Text: electronicbkydocs@nelnet.net Jun 12 2019 02:37:59     Nelnet Loans,
               Nelnet Claims,    PO Box 82505,    Lincoln, NE 68501-2505
13884396       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2019 02:42:16
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13878050      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 12 2019 02:38:01     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14302946      +E-mail/Text: bncmail@w-legal.com Jun 12 2019 02:38:01     Scolopax, LLC,
               C/O WEINSTEIN & RILEY P.S.,    2001 WESTERN AVE. SUITE 400,    SEATTLE, WA 98121-3132
13819328      +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:34     Synchrony Bank/Walmart,
               PO Box 965064,    Orlando, FL 32896-5064
13819331      +E-mail/Text: vci.bkcy@vwcredit.com Jun 12 2019 02:38:01     Volkswagen Credit, Inc,    PO Box 3,
               Hillsboro, OR 97123-0003
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Educational Credit Management Corporation,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +SCOLOPAX, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,
               Seattle, WA 98121-3132
13819317*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2              User: Stacey                 Page 2 of 2                  Date Rcvd: Jun 11, 2019
                                  Form ID: pdf900              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:

        MICHAEL A. CATALDO2    on behalf of Debtor Anthony R. Curley ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Anthony R. Curley ecf@ccpclaw.com, igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   VW Credit, Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                               TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY R. CURLEY            Chapter 13

    Debtor          Bankruptcy No. 16-17779-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __11th__ day of __June__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
ANTHONY R. CURLEY

1237 S. 22ND STREET

PHILADELPHIA, PA 19146